George CHEN, Plaintiff-Appellee,

v.

Alexander E. SHVETZ, Roman Shvetz, Esfir Shvetz, Joseph Rechter, Joseph Gaenger, Amerex Trading Corporation, Dessy-Atco, Inc., Empire-Amerex Products Corporation, Crown Crest Cutlery Corp., Liquilawn, Inc., Amerex California Corp., and Amkor Corp., Defendants-Appellants,

and

United Pearl Corporation and Amerex International Corp., Defendants.

No. 132, Docket 24772.

United States Court of Appeals Second Circuit.

Argued Dec. 12, 1957.

Decided Jan. 13, 1958.

**344**

Corcoran, Kostelanetz & Gladstone, New York City (Boris Kostelanetz, Theodore E. Gladstone, Arthur Karger and Thomas F. Ryan, New York City, of counsel), for appellants.

Arthur S. Schapira, New York City (Joseph H. Wishod, New York City, of counsel), for appellee.

Before MEDINA, LUMBARD and WATERMAN, Circuit Judges.

PER CURIAM.

The appeal is dismissed. Baltimore Contractors, Inc. v. Bodinger, 348 U.S. 176, 75 S.Ct. 249, 99 L.Ed. 233; Council of Western Elec. Tech. Emp. v. Western Elec. Co., 2 Cir., 238 F.2d 892; Lyons v. Westinghouse Electric Corporation, 2 Cir., 222 F.2d 184.